**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Dominguez MORALES–MARTINEZ, also known as Lazaro Morin–Morales, also known as Dominguez Morales, also known as Juan Antonio Morin–**

Morales, also known as Dominguez Morales Martinez, also known as Antonio Morin Mireles, also known as Juan A. Morin Mireles, also known as Pedro Esquivel, Defendant–Appellant.

No. 13–20620
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Dominguez Morales–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Morales–Martinez has filed a response and a motion for the appointment of new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Morales–Martinez's response. We

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Morales–Martinez's motion for the appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.